RICHARD LANGSTON *v.* COMMISSIONER OF
CORRECTION

The petitioner Richard Langston's petition for certification for appeal from the Appellate Court, 104 Conn. App. 210 (AC 26517), is denied.

*Temmy Ann Pieszak*, public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided December 5, 2007

CAPP INDUSTRIES, INC. *v.* SABINE H.
SCHOENBERG ET AL.

ROBERT V. LARDON ET AL. *v.* JOHN CAPPIALI ET AL.

The petition by Robert V. Lardon and Sabine H. Schoenberg for certification for appeal from the Appellate Court, 104 Conn. App. 101 (AC 27933), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*John F. X. Peloso, Jr.*, in support of the petition.

Decided December 5, 2007